IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| PEDRO J. BURGOS, | § |
| Plaintiff, | § |
| v. | § |
| | § CIVIL ACTION |
| OPTION ONE MORTGAGE CORP. | § FILE NUMBER: 4:19-CV-00076-CDL |
| n/k/a SAND CANYON CORP. | § |
| Defendant. | § |

**NOTICE OF PARTIAL DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF'S FEDERAL RICO CLAIMS REFERRED TO IN ERROR IN THE COMPLAINT**

**COMES NOW, PEDRO J. BURGOS** the Plaintiff in this action pursuant to **Fed.R.CivP. 41(a)(1)(A)(i)** in the above-styled action and partially and voluntarily dismiss Plaintiff's Federal claim for RICO under **18 U.S.C. § 1961** as such words *"GEORGIA AND FEDERAL RICO RACKETEERING"* was referred to in error stated in Count II ¶ 22 of the Complaint against the Defendant. The Plaintiff hereby strike and dismiss without prejudice any and all reference with respect to any other federal claims stated in the Complaint as a matter of right. All other State law claims stated in the Complaint shall remain in full force and effect.

**WHEREFORE,** the Plaintiff hereby strikes and dismisses any Federal RICO claims that is referred to in his Complaint and any other Federal claims.

Respectfully submitted this __11th__, day of June 2019.

_____
Frederick S. Jones, Esq.
Georgia Bar No. 143066
Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

**COMES NOW, FREDERICK S. JONES** Attorney for Plaintiff in the above-styled civil action and certify that I have served the Defendant with a copy of NOTICE OF PARTIAL DISMISSAL WITHOUT PREJUDICE by VIA-E-Service and or by U.S. First Class Mail with proper postage addressed as follows:

>Ms. Amy L. Hanna Keeney, Esq.
>Adams and Reese LLP
>Monarch Tower, Suite 1600
>3424 Peachtree Road NE
>Atlanta, Georgia 30326

Respectfully submitted this ___7th___ , day of November 2018.

_____
**Frederick S. Jones, Esq.
Georgia Bar No. 143066
Attorney for the Plaintiff**

**JOHNSON, JONES, WATKINS & COOPER, P.A.**
***c/o Frederick S. Jones, Esq.***
**218 Flat Shoals Church Road
Stockbridge, Georgia 30281
(678) 583-8551 (Office)**
Email: **black_dragon_talon@yahoo.com**