AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:19-cv-00076-CDL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **OPTION ONE MORTGAGE CORP**
was received by me on *(date)* **06/14/2019** .

☐ I personally served the summons on the individual at *(place)* **Waldrep, Mullin, & Callahan c/o OPTION ONE 111 12th Street, Suite 300, Columbus, GA 31902** on *(date)* **06/14/2019** ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ **50.00** for services, for a total of $ **50.00** .

I declare under penalty of perjury that this information is true.

Date: **06/14/2019**

*accepted by David Raffield at 1:12 pm*

_____
Server's signature

**Franky Cook, Process Server**
Printed name and title

7 Willowbrook Court
Columbus, Georgia  31909

Server's address

Additional information regarding attempted service, etc:
Furthermore, I personally reviewed and serverd Summons & Complaint along with Discovery which includes the following:

1. Request for Admissions
2. Request for Production of Documents
3. Request for Interrogatories