Case 4:19-cv-00076-CDL   Document 17-2   Filed 07/17/19   Page 1 of 2

GEORGIA, MUSCOGEE COUNTY
SUPERIOR/STATE COURT
eFILED
10/10/2018 4:03 PM
SHASTA GLOVER, CLERK

## IN THE SUPERIOR COURT OF MUSCOGEE COUNTY

## STATE OF GEORGIA

| | | |
|---|---|---|
| PEDRO J. BURGOS, | § § | |
| Plaintiff, | § | CIVIL ACTION |
| v. | § § | FILE NUMBER: SU13CV1077 |
| OPTION ONE MORTGAGE CORP. n/k/a SAND CANYON CORP. | § § § | DIRECT APPEAL |
| Defendant. | § § | |

## AFFIDAVIT OF INDIGENCY

**PERSONALLY APPEARED** before me, the undersigned attesting officer duly authorized by law to administer oaths is PEDRO J. BURGOS after being duly sworn, and deposes and states the following:

1. That my name is PEDRO J. BURGOS and I am the Appellant in the above-styled action and I state that because of my indigence at this time, I am unable to pay any Court costs or give security pursuant to O.C.G.A. § 9-15-2(a).

2. Therefore, I make this affidavit as required by law.  See _Penland_ v. _State_, 256 Ga. 641, 352 S.E.2d 385 (1987).  I believe that I have good cause for an appeal.

3. Therefore, due to my currant debts, I am unable pay any of the filing fees, Court cost, copy fees, appeal cost or post any bond at this time.

4. I hereby make this affidavit in support of my appeal to the Georgia Court of Appeals pursuant to O.C.G.A. § 5-6-48(a).

**IN WITNESS AND TESTIMONY HEREOF,** I give this affidavit as evidence to the Court in support of any pleadings, counterclaim or motions that I have filed with this Court to be used at any hearing, trial or appeal with respect to this case.

FURTHER AFFIANT SAYTH NOT.

This __10th__ , day of __October__ , 2018.

Respectfully Submitted,

__/s/ Pedro J. Burgos__
Pedro J. Burgos, Affiant

CERTIFICATE OF NOTARY PUBLIC

Sworn to and Subscribed before Me,
This __10___ day of __October__, 2018.

__/s/__
NOTARY PUBLIC

[Notary Seal: ZAROME G LAKEY, MUSCOGEE COUNTY, GEORGIA, NOTARY PUBLIC, MY COMMISSION EXPIRES MAY 2, 2019]