IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| **PEDRO J. BURGOS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| v. | § | CIVIL ACTION |
| | § | FILE NUMBER: <u>**4:19-CV-00076-CDL**</u> |
| **OPTION ONE MORTGAGE CORP.** | § | |
| **n/k/a SAND CANYON CORP.** | § | |
| | § | |
| **Defendant.** | § | |

## <u>NOTICE OF APPEAL</u>

**COMES NOW, PEDRO J. BURGOS** the Plaintiff in the above-styled action pursuant to **Fed.R.Civ.P., Ruls 4(a)(1)(A)** and **Rule 18(a)** and hereby timely filed his NOTICE OF APPEAL, appealing to the Eleventh Circuit Court of Appeals concerning the Court final order entered on October 3rd, 2019, ECF Docket # 38 and the final judgment entered on October 3rd, 2019, ECF Docket # 39.

**WHEREFORE,** the Plaintiff hereby enter his appeal in this matter and the Eleventh Circuit Court of Appeals has subject-matter jurisdiction over this case.

**Respectfully submitted this __1ST,__ day of November 2019.**

_____
**Frederick S. Jones, Esq.**
**Georgia Bar No. 143066**
**Attorney for the Plaintiff**

**218 Flat Shoals Church Road**
**Stockbridge, Georgia 30281**
**(678) 583-8551 (Office)**
**Email: <u>black_dragon_talon@yahoo.com</u>**

## CERTIFICATE OF SERVICE

**COMES NOW, FREDERICK S. JONES,** Attorney for the Plaintiff in the above-styled civil action and certify that I have served the Defendant with a copy of Plaintiff's NOTICE OF APPEAL filed in support by ECF E-Served and or by U.S. First Class Mail addressed as follows:

>Mr. Gary J. Toman, Esq.
>Weinberg Wheeler Hudgins Gunn & Dial
>3344 Peachtree Road, N.E.
>Suite 2400
>Atlanta, Georgia 30326

Respectfully submitted this __1st,__ day of November 2019.

_____
Frederick S. Jones, Esq.
Georgia Bar No. 143066
Attorney for the Plaintiff

**JOHNSON, JONES, WATKINS & COOPER, P.A.**
**c/o Frederick S. Jones, Esq.**
**218 Flat Shoals Church Road**
**Stockbridge, Georgia 30281**
**(678) 583-8551 (Office)**
**Email: black_dragon_talon@yahoo.com**